# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LILLY, SR and BRENDA LILLY, individually, and on behalf of the Estate of Brian Lilly, Jr.,<br><br>                      Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA-SAN DIEGO, BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, GEOFF BOND, KATIE MCGANN, and EARL W. EDWARDS,<br><br>                      Defendants. | Case No.: 21-CV-1703 TWR (MSB)<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>(ECF No. 12) |

Presently before the Court is the Parties' Joint Stipulation to Extend Time to Respond to Complaint by Not More Than 30 Days (ECF No. 12). Good cause appearing, the Court **GRANTS** the Joint Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants shall file their response to Plaintiffs' Initial Complaint on or before <u>February 18, 2022</u>.

**IT IS SO ORDERED.**

Dated: January 19, 2022

_____
Honorable Todd W. Robinson
United States District Judge