NESENOFF & MILTENBERG, LLP
ANDREW T. MILTENBERG, ESQ. (NY State Bar
No. 2399582; admitted *pro hac vice*)
amiltenberg@nmllplaw.com
NICHOLAS E. LEWIS, ESQ. (NY State Bar
No. 017292008; admitted *pro hac vice*)
nlewis@nmllplaw.com
SUSAN STARK, SBN 147283
sstark@nmllplaw.com
4 Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306
Telephone:    (650) 209-7400
Facsimile:    (212) 736-2260

Attorneys for Plaintiffs
Brian Lilly, Sr. and Brenda Lilly, Individually,
and on behalf of the Estate of Brian Lilly, Jr.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN LILLY, SR., and BRENDA LILLY, individually, and on behalf of the Estate of Brian Lilly, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, GEOFF BOND, individually, KATIE MCGANN, individually and EARL W. EDWARDS, individually <br><br> Defendants. | Case No.: 3:21-cv-01703 (TWR) (MSB) <br><br> **<u>NOTICE</u>** |

**PLEASE TAKE NOTICE** that pursuant to the Court's Order of November 28, 2022 (ECF 42) and Civil Standing Order § III.A.5, a redline version of Plaintiffs' Second Amended Complaint is hereby attached as "Exhibit 1."

1
2
3   **Dated: New York, New**
4   **York December 2, 2022**
5
6
7                                                       **Respectfully Submitted,**
                                                        **NESENOFF & MILTENBERG, LLP**
8
9                                                       **By:** */s/ Andrew T. Miltenberg*
10                                                          **Andrew T. Miltenberg, Esq.**
                                                            **(admitted** *pro hac vice***)**
11                                                          **amiltenberg@nmllplaw.com**
                                                            **Nicholas Lewis, Esq.**
12                                                          **(admitted** *pro hac vice***)**
13                                                          **nlewis@nmllplaw.com**
                                                            **Susan Stark, Esq.**
14                                                          **sstark@nmllplaw.com**
                                                            **Nesenoff & Miltenberg, LLP**
15                                                          **4 Palo Alto Square**
                                                            **3000 El Camino Real**
16                                                          **Suite 200**
                                                            **Palo Alto, CA 94306**
17                                                          **Tel: (650) 209-7400**
18
19
20
21
22
23
24
25
26
27
28