UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LILLY, Sr., and BRENDA LILLY, individually, and on behalf of the Estate of Brian Lilly, Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA-SAN DIEGO, BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, GEOFF BOND, KATIE MCGANN, and EARL W. EDWARDS,<br><br>Defendants. | Case No.: 21-CV-1703 TWR (MSB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO EXTEND TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND MOTION TO DISMISS/STRIKE THE REQUEST FOR PUNITIVE DAMAGES, AND (2) CONTINUING THE MOTION HEARING**<br><br>(ECF No. 51) |

Presently before the Court is a Joint Motion to Extend Time for Defendants to Reply to Plaintiffs' Opposition to Defendants The Regents of the University of California,[1] Katie McGann, and Earl W. Edwards' Motion to Dismiss Plaintiffs' Second Amended Complaint and Motion to Dismiss/Strike the Request for Punitive Damages. (ECF No. 51, "Mot.") The Parties request a two-week extension for these Defendants to reply to Plaintiffs' Opposition. (*See id*. at 2; ECF No. 50.) They also ask the Court to continue the hearing

---

[1] Defendant The Regents of the University of California was erroneously sued as Board of Regents of University of California and University of California-San Diego. (*See* ECF No. 47 at 1.)

on Defendants' Motion to Dismiss (ECF No. 47) currently scheduled for March 23, 2023. (Mot. at 2.) The Parties say nothing about extending Defendant Geoff Bond's deadline to reply to Plaintiffs' Opposition to Defendant Bond's Motion to Dismiss Plaintiffs' Second Amended Complaint (*see* ECF Nos. 46, 49, 51), which is currently due on the same date as the other Defendants' Reply, (*see* ECF No. 48). But Defendant Bond's attorney also signed the Joint Motion. (Mot. at 3.) Good cause appearing, the Court **GRANTS** the Joint Motion, which is deemed applicable to all Defendants. Defendants **MAY FILE** their Replies to Plaintiffs' Oppositions (ECF Nos. 49, 50) on or before March 23, 2023. The hearing on Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint (ECF Nos. 46, 47) is **CONTINUED** from March 23, 2023 to June 1, 2023 at 3:00 PM in Courtroom 3A.

    **IT IS SO ORDERED.**

Dated: March 8, 2023

Honorable Todd W. Robinson
United States District Judge