

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Lilly, Sr., individually, and on behalf of the Estate of Brian Lilly, Jr.; Brenda Lilly, individually, and on behalf of the Estate of Brian Lilly, Jr.   **Plaintiff,**<br><br>**V.**<br><br>University of California- San Diego; Board of Regents of University of California; Geoff Bond; Katie McGann; Earl W. Edwards   **Defendant.** | **FILED**<br><br>08/31/2023<br><br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:                          , Deputy |

**Civil No.**  21cv1703-TWR-MSB

**STRICKEN DOCUMENT:**

NOTICE of Substitution of Attorney

**Per Order #      61**

**60**