NESENOFF & MILTENBERG, LLP
ANDREW T. MILTENBERG, ESQ. (NY State Bar No. 2399582; admitted *pro hac vice*)
amiltenberg@nmllplaw.com
SUSAN STARK, SBN 147283
sstark@nmllplaw.com
4 Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306
Telephone:   (650) 209-7400
Facsimile:    (212) 736-2260

Attorneys for Plaintiffs
Brian Lilly, Sr. and Brenda Lilly, Individually,
and on behalf of the Estate of Brian Lilly, Jr.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LILLY, SR., and BRENDA LILLY, individually, and on behalf of the Estate of Brian Lilly, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF CALIFORNIA-SAN DIEGO, BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, GEOFF BOND, individually, KATIE MCGANN, individually and EARL W. EDWARDS, individually, <br><br> Defendants. | Case No.: 3:21-cv-01703 (TWR) (MSB) <br><br> **NOTICE OF LIEN** |

Plaintiffs Brenda and Brian Lilly, Sr., ("Plaintiffs") entered into a retainer agreement with the law firm Nesenoff & Miltenberg, LLP, ("Nesenoff & Miltenberg, LLP") dated April 20, 2021, in which the Plaintiffs expressly (contractually) agreed that Nesenoff & Miltenberg, LLP would look to any judgment or any settlement that Plaintiffs received for payment of legal services rendered. The payment of fees as specified in the contractual retainer agreement that Plaintiffs entered into with Nesenoff & Miltenberg, LLP was a contingent fee arrangement in which Plaintiffs

-0-
NOTICE OF LIEN

expressly agreed that Nesenoff & Miltenberg, LLP's legal fees would be paid by any monies paid out under a settlement or judgement in the above-referenced case.

Nesenoff & Miltenberg, LLP has performed legal work on this matter since Plaintiffs' lawsuit was filed on September 30, 2021. Now, after having expended two years of attorney time working on Plaintiffs' matter, Plaintiffs substituted out Nesenoff & Miltenberg, LLP for attorney Nicholas Lewis to serve as their attorney of record, effective on or about, August 30, 2023. Accordingly, Nesenoff & Miltenberg, LLP, having previously performed legal services in representing the Plaintiffs in this action and based on their contractual relationship, is entitled to a lien on any monetary settlement or judgement paid to the Plaintiffs in this matter. No monies can be disbursed in settlement or pursuant to any judgement to the Plaintiffs' without full satisfaction of the lien for attorneys' fees to be paid to Nesenoff & Miltenberg, LLP.

Nesenoff & Miltenberg, LLP will take any and all appropriate legal action necessary to seek full compliance of its lien rights for fees owed under its contractual relationship with the Plaintiffs.

**DATED: September 6, 2023**     **NESENOFF & MILTENBERG, LLP**

By: */s/ Andrew Miltenberg*
Andrew Miltenberg, Esq.
Susan Stark, Esq,
*Outgoing Counsel*
363 Seventh Avenue, 5th Floor
New York, NY 10001
(212) 736-4500
amiltenberg@nmllplaw.com
sstark@nmllplaw.com