UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LILLY, SR., and BRENDA LILLY, *individually, and on behalf of the Estate of Brian Lilly, Jr.*,<br><br>                                    Plaintiffs,<br><br>v.<br><br>BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,<br><br>                                    Defendants. | Case No.:  21cv1703-TWR (MSB)<br><br>**NOTICE AND ORDER FOR:**<br>**(1) EARLY NEUTRAL EVALUATION,**<br>**(2) CASE MANAGEMENT CONFERENCE, AND**<br>**(3) PRE-ENE STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that an Early Neutral Evaluation ("ENE") of your case will be held on **March 3, 2025**, at **1:30 p.m.** in the chambers of the Honorable Michael S. Berg, United States Magistrate Judge, **located at 221 West Broadway, second floor, San Diego, California, 92101.**[1]  Upon arrival, parties should check in with Judge Berg's chambers using the callbox located by the second-floor elevators.  All discussions at the ENE will be informal, off-the-record, privileged, and confidential.  Counsel for any non-

---

[1] On September 30, 2024, the Honorable District Judge Todd W. Robinson issued an Order Granting in Part and Denying in Part The Regents Defendants' Motion to Dismiss.  (ECF No. 91.)  Plaintiffs did not file a Fourth Amended Complaint.  (See generally Docket.)  Accordingly, this action will now proceed with Plaintiffs' remaining causes of action against The Regents Defendants and Defendant Geoff Bond.

21cv1703-TWR (MSB)

English speaking party is responsible for arranging the appearance of an interpreter at the conference.  The following rules and deadlines apply:

1.     **Pre-ENE Status Conference**:  On **February 27, 2025,** beginning at **10:30 a.m.,** the Court will hold a telephonic status conference with the lead attorney for each party separately.[2]  The purpose of this confidential, off-the-record teleconference is to inform the Court about each party's concerns and challenges, and how the Court might help resolve these.

2.     **Personal Appearance of Parties Required**:  All named parties, party representatives, claims adjusters for insured defendants, and the principal attorney(s) responsible for the litigation must be present **in person** at the ENE, prepared to discuss and resolve the case.  Counsel appearing without their clients (whether counsel has been given settlement authority) will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference.

3.     **Full Settlement Authority Required**:  A party or party representative with full settlement authority must be present at the ENE.  Retained outside corporate counsel must not appear on behalf of a corporation as the party representative who has the authority to negotiate and enter a settlement.  A government entity may be excused from this requirement so long as the government attorney who attends the ENE has (1) primary responsibility for handling the case, and (2) authority to negotiate and recommend settlement offers to the government official(s) having ultimate settlement authority.

4.     **Confidential ENE Statements Required**:  No later than **February 24, 2025,** the parties must submit directly to Magistrate Judge Berg's chambers (via hand delivery or by e-mail to the Court at efile_berg@casd.uscourts.gov), confidential settlement

---

[2] The Court will contact the first party and proceed to contact the remaining parties one at a time. Each call may be short or lengthy.  Counsel must be available for the Court's call beginning at the appointed time and remain available until they are called.  If counsel has not received a call from chambers after twenty minutes, counsel is directed to call chambers at (619) 557-6632.

statements.  The ENE statement is limited to **five pages or less, and up to five pages of exhibits or declarations.**  Each party's ENE statement must outline (1) the nature of the case and the claims, (2) the strengths of your case, (3) the strengths of the opposing party's case, (4) counsel's insights regarding how best to reach settlement, (5) a **specific demand/offer for settlement,** and (6) the name and direct contact telephone number of the attorney who will participate in the pre-ENE status conference.

If a party cannot make a specific demand or offer at the time the ENE statement is submitted, then it must state why a demand or offer cannot be made.  Further, the party must explain when they will be prepared to state a demand or offer.  A general statement, such as a party will "negotiate in good faith," is <u>not</u> a specific demand or offer.  The ENE statement should be submitted confidentially and need not be shared with other parties.

**5.    New Parties Must be Notified by Plaintiff or Plaintiff's Counsel**:  Plaintiff's counsel must give notice of the ENE to parties responding to the complaint after the date of this notice.

**6.    Case Management Conference**:  If the case does not settle during the ENE, the Court will conduct a Case Management Conference ("CMC").  In preparation for the CMC, the parties must do the following:

a.    Meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **February 17, 2025**;

b.    File a Joint Discovery Plan no later than **February 24, 2025**. Agreements made in the Joint Discovery Plan will be treated as binding stipulations that are effectively incorporated into the Court's Scheduling Order.  The Joint Discovery Plan must be one document and must cover the parties' views and proposals for each item identified in Fed. R. Civ. P. 26(f)(3).  In addition, the Joint Discovery Plan must include the following:

i.    **Service**:  A statement as to whether any parties remain to be served and, if so, a proposed deadline for service;

ii.    **Amendment of Pleadings**:  The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings;

iii.    **Protective Order**:  Whether a protective order is contemplated to cover the exchange of confidential information and, if so, the date by which the proposed order will be submitted to the Court;

iv.    **Privilege**:  The procedure the parties plan to use regarding claims of privilege and whether an order pursuant to Fed. R. Evid. 502 will be sought;

v.    **Evidence Preservation**:  Whether the parties have discussed issues related to the preservation of relevant evidence and if there are areas of disagreement, how the parties are resolving them;

vi.    **Electronic Discovery**:  In addition to the requirements set forth in Fed. R. Civ. P. 26(f)(3)(C), the parties must describe their agreements regarding methodologies for locating and producing electronically stored information and the production of metadata, and must identify any issues or agreements regarding electronically stored information that may not be reasonably accessible (see Fed. R. Civ. P. 26(b)(2)(B));

vii.    **Discovery**:  In addition to the requirements of Fed. R. Civ. P. 26(f)(3)(B), the parties must describe the discovery taken to date (if any), any proposed limitations or modifications of the discovery rules, and any identified discovery disputes; and

viii.    **Related Cases**:  Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

c.    Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **February 24, 2025**.

7.    **Requests to Continue an ENE**:  Requests to continue ENEs are rarely granted.  An ENE may be rescheduled only upon a showing of good cause and adequate notice to the Court.  **Absent good cause, requests for continuances will not be**

considered unless submitted **in writing** no fewer than seven calendar days prior to the scheduled conference.

**8.**    **Review of Rules**:  Counsel must review the following prior to the ENE: (1) Civil Local Rules for the United States District Court for the Southern District of California, (2) the undersigned's Civil Chambers Rules, and (3) the assigned District Judge's Civil Chambers Rules.  All materials are available at www.casd.uscourts.gov.

**IT IS SO ORDERED**.

Dated:  January 23, 2025

Honorable Michael S. Berg
United States Magistrate Judge

21cv1703-TWR (MSB)

## NOTICE OF RIGHT TO CONSENT TO TRIAL

## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that a United States Magistrate Judge of this district may, upon the consent of all parties, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment.  Consent forms are available in the Clerk's Office.  Plaintiff or his counsel shall be responsible for obtaining the consent of all parties, should they desire to consent.

You should be aware that your decision to consent or not to consent is entirely voluntary and should be communicated solely to the Clerk of Court.  Only if all parties consent will the Judge or Magistrate Judge to whom the case has been assigned be informed of your decision.

Judgments of United States Magistrate Judges are appealable to the United States Court of Appeals in accordance with this statute and the Federal Rules of Appellate Procedure.

21cv1703-TWR (MSB)