STEPHEN M. HARBER, STATE BAR #119830
AMY A. EVENSTAD, STATE BAR #305828
GEORGE D. TOURKOW, STATE BAR #331070
MCCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500 | Facsimile: (213) 689-2501
sharber@mccuneharber.com; aevenstad@mccuneharber.com;
gtourkow@mccuneharber.com
Attorneys for Defendant, The Regents of the University of California (Erroneously Named as Board of Regents of University of California and University of California – San Diego)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LILLY, SR. and BRENDA LILLY, individually, and on behalf of the Estate of Brian Lilly, Jr.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNIVERSITY OF CALIFORNIA-SAN DIEGO, BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, GEOFF BOND, KATIE MCGANN, and EARL W. EDWARDS<br><br>    Defendants. | Case No: 21-cv-1703 TWR MSB<br>Assigned to Honorable Todd W. Robinson; Magistrate Judge Michael S. Berg (Complaint filed onSeptember 30, 2021)<br><br>**MOTION TO DISMISS OF PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>[Currently filed with [Proposed] Order] |

**TO THE COURT AND TO ALL PARTIES AND THIER ATTORNEYS OF RECORD HEREIN:**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff BRIAN LILLY, SR. and BRENDA LILLY, individually, and on behalf of the Estate of Brian Lilly, Jr. ("Plaintiffs"), Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (ERRONEOUSLY NAMED AS BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA AND UNIVERSITY OF CALIFORNIA – SAN DIEGO) and GEOFF BOND ("Defendants"), by and through their respective attorneys

-1-

24100108

of record, stipulate and agrees as follows:

1) All causes of action and claims against the above Defendants are hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees; and

2) The parties respectfully request that the Court enter an Order consistent with this stipulation.

IT IS SO STIPULATED.

DATED:     November 4, 2025          McCUNE & HARBER, LLP

By:_____
     STEPHEN M. HARBER, ESQ.
     AMY A. EVENSTAD, ESQ.
Attorneys for Defendant, THE REGENTS
OF THE UNIVERSITY OF CALIFORNIA
(ERRONEOUSLY NAMED AS BOARD
OF REGENTS OF UNIVERSITY OF
CALIFORNIA AND UNIVERSITY OF
CALIFORNIA – SAN DIEGO)

DATED:     November 4, 2025          GARCIA HONG LAW APC

By: /s/ Valerie Garcia Hong
     VALERIE GARCIA HONG, ESQ.

Attorneys for Plaintiffs, BRIAN LILLY,
SR., BRENDA LILLY, AND ON
BEHALF OF THE ESTATE OF BRIAN
LILLY, JR.

DATED:     November 4, 2025          Winet Patrick Creighton & Hanes

By:/s/ Randall l. Winet
     RANDALL L. WINET, ESQ.
Attorney for Defendant, GEOFF BOND

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-2-

24100108