

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LILLY, SR. and BRENDA LILLY, individually, and on behalf of the Estate of Brian Lilly, Jr., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF CALIFORNIA-SAN DIEGO, BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, GEOFF BOND, KATIE MCGANN, and EARL W. EDWARDS, <br><br> Defendants. | Case No.:  21-cv-1703 TWR (MSB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> (ECF No. 115) |

Presently before the Court is Plaintiffs Brian Lilly, Sr. and Brenda Lilly, individually, and on behalf of the Estate of Brian Lilly, Jr. and Defendants the Regents of the University of California (erroneously named as Board of Regents of University of California and University of California – San Diego) and Geoff Bond's Joint Motion to Dismiss.  (*See* ECF No. 115.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 7.2, the Court **GRANTS** the Joint Motion to Dismiss.  As stipulated by the Parties, Plaintiff's claims are **DISMISSED WITH PREJUDICE**, and each Party

/ / /

1

shall bear its own costs and fees.  The Clerk of Court **SHALL CLOSE** the file.

   **IT IS SO ORDERED.**

Dated:  November 5, 2025

_____
Honorable Todd W. Robinson
United States District Judge

21-cv-1703 TWR (MSB)